APPEAL No. 1771. GEORGE F. GILLIGAN *et al. v.* HUGO P. MARSOCCI *et al.* Motion of appellees to dismiss appeal is granted unless brief of appellants is filed on or before January 2, 1973.

*Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs-appellees. *Aram K. Berberian,* for defendants-appellants.